1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                          EASTERN DISTRICT OF CALIFORNIA
10
11   LEO CIENFUEGOS,                        1:14-cv-00215 DLB (PC)
12              Plaintiff,
                                            ORDER TO SUBMIT APPLICATION
13       v.                                 TO PROCEED IN FORMA PAUPERIS
                                            OR PAY FILING FEE WITHIN 45 DAYS
14   CONNIE GIPSON, et al.,
15              Defendant.
16
17         Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C.
18   § 1983.  Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed in
19   forma pauperis pursuant to 28 U.S.C. § 1915.
20         Accordingly, IT IS HEREBY ORDERED that:
21         Within forty-five (45) days of the date of service of this order, plaintiff shall submit the
22   attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay
23   the $400.00 filing fee for this action.  **No requests for extension will be granted without a**
24   **showing of good cause**.  Within sixty (60) days of the date of service of this order, plaintiff shall
25
26
27
28
                                                   1

submit a certified copy of his/her prison trust statement for the six month period immediately preceding the filing of the complaint. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

    Dated:   **February 21, 2014**              /s/ *Dennis L. Beck*
                                                UNITED STATES MAGISTRATE JUDGE