# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO CIENFUEGOS,<br><br>        Plaintiff,<br><br>    v.<br><br>GIPSON, et al.,<br><br>        Defendants. | Case No. 1:14-cv-00215 DLB PC<br><br>ORDER REQUIRING PLAINTIFF TO SUBMIT REMAINDER OF FILING FEE |

Plaintiff Leo Cienfuegos ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed his complaint on February 18, 2014.

On February 21, 2014, the Court ordered Plaintiff to either submit an application to proceed in forma pauperis or pay the $400.00 filing fee within sixty (60) days.

On February 28, 2014, the Court received a payment from Plaintiff in the amount of $350.00. As the filing fee is $400.00, however, Plaintiff is ORDERED to submit the remaining filing fee of $50.00 within thirty (30) days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **March 3, 2014**                            /s/ *Dennis L. Beck*
                                                              UNITED STATES MAGISTRATE JUDGE