# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO CIENFUEGOS, | Case No. 1:14-cv-00215 AWI DLB PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS WITHOUT PREJUDICE |
| v. | |
| GIPSON, et al., | (Document 16) |
| Defendants. | |

Plaintiff  Leo Cienfuegos ("Plaintiff") is a California state prisoner proceeding pro se in this action pursuant to 42 U.S.C. § 1983.[1]  Plaintiff filed his complaint on February 18, 2014.

On October 29, 2014, the Court denied Plaintiff's motion for reconsideration of the screening order.  The Court granted Plaintiff an extension of time to file an amended complaint, and explained that if he did not submit an amended complaint, his First Amended Complaint would be screened in due course.

On November 6, 2014, Plaintiff filed a motion to proceed in forma pauperis so that he can serve Defendants.  While an inmate may move to proceed in forma pauperis for purposes of service, Plaintiff's motion is premature.  At this time, the Court has not screened Plaintiff's amended

///

///

---

[1] Plaintiff paid the filing fee and is not proceeding in forma pauperis.

complaint.  Until such time as the Court finds a cognizable claim, discussions relating to service of Defendants are premature.

Therefore, Plaintiff's motion is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated: __**November 13, 2014**__          _____/s/ *Dennis L. Beck*___

UNITED STATES MAGISTRATE JUDGE