UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO CIENFUEGOS,<br><br>          Plaintiff,<br><br>     v.<br><br>GIPSON, et al.,<br><br>          Defendants. | Case No. 1:14-cv-00215 AWI DLB PC<br><br>**ORDER REQUIRING PLAINTIFF TO SERVE FIRST AMENDED COMPLAINT ON EACH DEFENDANT WITHIN ONE-HUNDRED TWENTY DAYS** |

Plaintiff Leo Cienfuegos ("Plaintiff") is a California state prisoner proceeding pro se in this action pursuant to 42 U.S.C. § 1983.[1]  Plaintiff filed his complaint on February 18, 2014.  Pursuant to Court order, he filed a First Amended Complaint on August 21, 2014.

The Court has screened Plaintiff's August 21, 2014, First Amended Complaint and finds that it states a Due Process claim against Defendants R. Reifschneider, Richard Nadeau and David Perez.[2]

Plaintiff is not proceeding in forma pauperis and therefore, he is responsible for serving <u>each</u> Defendant in accordance with Rule 4 of the Federal Rules of Civil Procedure.  Included with this order are the appropriate service forms and a copy of Rule 4.  Unless good cause for an extension of time is shown, Plaintiff must complete service of process and file proof of service with the Court

---

[1] Plaintiff paid the filing fee and is not proceeding in forma pauperis.

[2] Plaintiff includes Connie Gipson in the caption of the First Amended Complaint, though she is not named in the specific list of Defendants and there are no allegations against her.  She is not considered a Defendant in this action.

1

within one-hundred twenty days. Fed. R. Civ. P. 4(m). The following two sections contain instructions on how to serve Defendants.

**A.   Instructions on Completing Service**

    **1.   Obtaining a Waiver of Service from Defendants**

Plaintiff has the option of notifying Defendants of the commencement of this action and requesting that Defendants waive service of the summons. Fed. R. Civ. P. 4(d)(1). If Plaintiff elects to ask Defendants to waive service, he must mail to each Defendant (1) the form entitled "Notice of Lawsuit and Request for Waiver of Service for Summons," (2) the form entitled "Waiver of Service of Summons," (3) a copy of the complaint, and (4) a copy of this order. The documents must be addressed directly to each Defendant (not to the Attorney General's Office), and the documents must be sent by first-class mail or other reliable means. *Id.* The "Waiver of Service of Summons" form must set forth the date on which the request is sent and must allow Defendant at least thirty days to return the waiver to Plaintiff. If Defendant signs and returns the waiver forms to Plaintiff, Plaintiff must then file the waiver form(s) with the Court. After filing the waiver form(s), Plaintiff does not need to do anything further to serve that Defendant. Fed. R. Civ. P. 4(d)(4).

    **2.   Personal Service on Defendants in Absence of Waiver**

Plaintiff must effect personal service on Defendants if (1) Plaintiff chooses not to request that Defendants waive service, or (2) Plaintiff requests that a Defendant waive service but that Defendant fails to return the "Waiver of Service of Summons" form to Plaintiff. In either situation, the summons, a copy of the complaint, and a copy of this order must be personally served on each Defendant (not the Attorney General's Office). Personal service may be effected by any person who is *not* a party to this action and who is at least eighteen years old; Plaintiff may not effect personal service himself. Fed. R. Civ. P. 4(c)(2). Plaintiff should review Rule 4(e), provided with this order, as it more fully addresses how personal service is effected.

///
///
///
///

**B.     Order**

In accordance with the above, it is HEREBY ORDERED that:

1. This action shall proceed on Plaintiff's First Amended Complaint, filed on August 21, 2014, against Defendants Reifschneider, Nadeau and Perez for violation of the Due Process Clause of the Fourteenth Amendment;

2. The Clerk of the Court shall issue and send Plaintiff three summonses and shall send Plaintiff three copies of the following documents:

    a)   The First Amended Complaint filed on August 21, 2014;

    b)   A "Notice of Lawsuit and Request for Waiver of Service of Summons" form;

    c)   A "Waiver of Service" form; and

    d)   A copy of Rule 4 of the Federal Rules of Civil Procedure;

3. Plaintiff shall complete service of process on each Defendant within **one-hundred twenty (120) days** from the date of service of this order; and

4. <u>Unless good cause is shown, Plaintiff's failure to (1) complete service of process on each Defendant and (2) file a proof of service within one-hundred twenty days will result in dismissal of this action.  Fed. R. Civ. P. 4(m).</u>

IT IS SO ORDERED.

Dated:   **February 9, 2015**           /s/ *Dennis L. Beck*
                                        UNITED STATES MAGISTRATE JUDGE

3