1

2

3

4

5

6

7

8                                **UNITED STATES DISTRICT COURT**

9                                 EASTERN DISTRICT OF CALIFORNIA

10

11    LEO CIENFUEGOS,                               Case No. 1:14-cv-00215 AWI DLB PC

12              Plaintiff,                          ORDER TO SHOW CAUSE WHY
                                                    ACTION SHOULD NOT BE DISMISSED
13        v.                                        FOR FAILURE TO SERVE

14    GIPSON, et al.,

15              Defendants.

16

17        Plaintiff Leo Cienfuegos ("Plaintiff") is a California state prisoner proceeding pro se in this

18   action pursuant to 42 U.S.C. § 1983.[1]  Plaintiff filed his complaint on February 18, 2014.  Pursuant

19   to Court order, he filed a First Amended Complaint on August 21, 2014.

20        On February 9, 2015, the Court ordered Plaintiff to serve his First Amended Complaint

21   within one-hundred twenty (120) days.

22        On May 1, 2015, Plaintiff filed a request for a thirty (30) day extension of time.  However,

23   the request was not signed and it was therefore stricken on May 4, 2015.  Plaintiff has not requested

24   additional time or otherwise contacted the Court.  Accordingly, more than one-hundred twenty (120)

25   days have passed, and there is no evidence in the record demonstrating that Plaintiff effected service

26   on Defendants.

27

28   _____
     [1] Plaintiff paid the filing fee and is not proceeding in forma pauperis.

                                                1

1    Rule 4(m) of the Federal Rules of Civil Procedure provides, in relevant part:

2    If a defendant is not served within 120 days after the complaint is filed, the court - on motion
3    or on its own after notice to the plaintiff - must dismiss the action without prejudice against
     that defendant or order that service be made within a specified time.  But if the plaintiff
4    shows good cause for the failure, the court must extend the time for service for an
     appropriate period.
5

6    Pursuant to Rule 4(m), the Court directed Plaintiff to effect service within a specified time.

7  There is no indication in the record that Plaintiff has done so.  Therefore, pursuant to Rule 4(m),

8  Plaintiff must show cause why this action should not be dismissed for failure to effect service of

9  process on Defendants.

10    Accordingly, it is HEREBY ORDERED that:

11    1.    Pursuant to Rule 4(m), Plaintiff shall show cause within **twenty-one (21) days** from

12  the date of service of this order why this action should not be dismissed for failure to effect service

13  of process on Defendants; and

14    2.    The failure to respond to this order, or the failure to show good cause, will result in

15  the dismissal of this action, without prejudice, for failure to effect service on Defendants.

16

17

18  IT IS SO ORDERED.

19    Dated:   **June 30, 2015**                    /s/ *Dennis L. Beck*
20                                          UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

2