# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO CIENFUEGOS,<br><br>            Plaintiff,<br><br>       v.<br><br>GIPSON, et al.,<br><br>            Defendants. | Case No. 1:14-cv-00215 AWI DLB PC<br><br>ORDER GRANTING IN PART DEFENDANTS' MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER *NUNC PRO TUNC*<br><br>(Document 31) |

Plaintiff Leo Cienfuegos ("Plaintiff") is a California state prisoner proceeding pro se in this action pursuant to 42 U.S.C. § 1983.[1]

The Court issued a Discovery and Scheduling Order on August 25, 2015. Pursuant to the order, the parties were to exchange initial disclosures by October 8, 2015.

On October 8, 2015, Defendants filed a timely motion to modify the order to provide a sixty-day extension for exchanging initial disclosures.

During the opposition period, Defendants filed a notice on October 20, 2015, indicating that they had complied with the initial disclosure requirement on October 15, 2015.

Accordingly, Defendants' motion is GRANTED IN PART. The motion is GRANTED *NUNC PRO TUNC* to provide Defendants with an extension to October 15, 2015. If Plaintiff has

---

[1] Plaintiff paid the filing fee and is not proceeding in forma pauperis.

1

not already exchanged his initial disclosures, he SHALL do so within thirty (30) days of the date of service of this order.  All other dates in the August 25, 2015, order shall remain.

IT IS SO ORDERED.

    Dated:   **November 12, 2015**                /s/ *Dennis L. Beck*
                                                     UNITED STATES MAGISTRATE JUDGE