UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO CIENFUEGOS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PEREZ, et al.,<br><br>　　　　　Defendants. | No. 1:14-cv-00215 DAD DLB PC<br><br>ORDER DIRECTING DEFENDANTS TO RESPOND TO PLAINTIFF'S REQUEST TO DISMISS ACTION<br><br>TEN-DAY DEADLINE |

　　　　Plaintiff Leo Cienfuegos ("Plaintiff") is a California state prisoner proceeding pro se in this action pursuant to 42 U.S.C. § 1983. Defendants' March 21, 2016, motion for summary judgment is pending.

　　　　On June 9, 2016, Plaintiff filed a request to withdraw this action, stating that he has received the relief he sought. Accordingly, Defendants are ordered to inform the Court whether they object to a dismissal of this action within ten (10) days. Any such dismissal would be without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

IT IS SO ORDERED.

　　Dated:　**June 10, 2016**　　　　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1