1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LEO CIENFUEGOS,                          No.  1:14-cv-00215-DAD-DLB (PC)

12                 Plaintiff,                  ORDER GRANTING PLAINTIFF'S
                                              REQUEST TO DISMISS ACTION AND
13          v.                                CLOSING CASE

14   PEREZ, et al.,                           (Doc. Nos. 35 and 39)

15                 Defendants.

16

17          Plaintiff Leo Cienfuegos ("Plaintiff") is a California state prisoner proceeding pro se in

18   this action pursuant to 42 U.S.C. § 1983.  Defendants' March 21, 2016, motion for summary

19   judgment is pending.  (Doc. No. 35.)

20          On June 9, 2016, plaintiff filed a request to withdraw this action, stating that he has now

21   received the relief he sought.  (Doc. No. 39.)  Defendants were ordered to inform the court

22   whether they objected to a dismissal of this action within ten (10) days, as a dismissal would be

23   without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).  (Doc. No. 40.)

24          On June 20, 2016, defendants indicated that they do not object to plaintiff's dismissal of

25   this action.  (Doc. No. 41.)

26   /////

27   /////

28   /////

                                                 1

1    Accordingly,

2    1)  Plaintiff's motion to withdraw from the case (Doc. No. 39), construed as a motion for

3        voluntary dismissal, is granted;

4    2)  This action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure

5        41(a)(2);

6    3)  All pending motions (Doc. No. 35) are denied as moot; and

7    4)  The Clerk of the Court is directed to close the case.

8    IT IS SO ORDERED.

9    Dated:   **July 21, 2016**                        _____

10                                  UNITED STATES DISTRICT JUDGE

2